Odile Aubry, Appellant, v. Supreme Liberty Life Insurance Company and Earl B. Dickerson, Appellees.

Gen. No. 44,064.

opinion filed November 13, 1947; released for publication December 13, 1947. John H. Roser, for appellant; Earl B. Dickerson, for appellees. Opinion by JUSTICE SCANLAN. **Not to be published in full.**

Thaddeus Osada, Appellant, v. Patent Scaffolding Company, Appellee.

Gen. No. 44,090.

opinion filed November 13, 1947; released for publication December 13, 1947. Norman Peters and Shale H. Cohen, for appellant; Charles Wolff, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; William H. Symmes, David Jacker and Charles M. Rush, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**